

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00255-CV

Ronald Carey **HODGE**,
Appellant

v.

Charles W. **HANOR** and Jean M. Hanor,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17321
Honorable Solomon Casseb III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for a new trial on unliquidated damages. It is ORDERED that appellant, Ronald Carey Hodge, recover his costs of this appeal from appellees, Charles W. Hanor and Jean M. Hanor.

SIGNED January 2, 2019.

_____
Rebeca C. Martinez, Justice